IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC § § Plaintiff, § § vs. § ADAMS EXTRACT § § Defendant. § | § § § § § § § § § § § § | Case No: 2:15-cv-1169-RWS-RSP |
| SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § NEILMED PHARMACEUTICALS, INC. § § Defendant. § | § § § § § § § § § § § § | Case No: 2:15-cv-1868-RWS-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Symbology Innovation, LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice.  Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be granted.

Therefore, IT IS ORDERED that all claims between Symbology Innovations, LLC and Neilmed Pharmaceuticals, Inc. are dismissed with prejudice, each party to bear its own fees and costs.

SO ORDERED

**SIGNED this 21st day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE